```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**DERWIN ROGERS, #L2701**                                                **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:04CV597-WHB-JCS**

**WIRT PETERSON, JAMES NEWMAN,**
**SHERIFF, AND FRANKLIN COUNTY**                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinions and Orders which granted Defendants' dispositive Motions, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 27th day of June, 2006.

                                          s/ William H. Barbour, Jr.
                                          UNITED STATES DISTRICT JUDGE

tct